IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY BAKER,

    Petitioner,                    No. CIV S-07-0188 GEB EFB P

    vs.

MICHAEL EVANS, Warden, Salinas Valley State Prison, et al.,

    Respondents.              ORDER

/

    Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has paid the filing fee.

    A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. It is unclear from the face of the application that petitioner is not entitled to relief.

    Accordingly, it is hereby ordered that:

    1. Respondent shall file and serve a response to petitioner's application within 60 days from the date of this order. *See* Rule 4, Rules Governing Section 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of

1 the issues presented in the application.  *See* Rule 5, Rules Governing Section 2254 Cases.

2      2.  Petitioner's reply, if any, shall be filed and served within 30 days of service of an
3 answer;

4      3.  If the response to petitioner's application is a motion, respondent shall attach all
5 documents relevant to the determination of the motion.  *See* Advisory Committee Notes to Rule
6 4, Rules Governing Section 2254 Cases.  Petitioner's opposition or statement of non-opposition
7 shall be filed and served within 30 days of service of the motion, and respondents' reply, if any,
8 shall be filed within 15 days thereafter.

9      4.  The Clerk of the Court shall serve a copy of this order with a copy of petitioner's
10 January 29, 2007, petition for a writ of habeas corpus, any and all attachments and the
11 memorandum of points and authorities on Michael Patrick Farrell, Senior Assistant Attorney
12 General for the State of California.

13 Dated:  April 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE