1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**RANDY BAKER,**                                    2:07 CV-00188 GEB EFB P

12
                                    Petitioner,    **ORDER**

13

              v.

14

**MICHAEL EVANS, Warden, Salinas Valley State**
15  **Prison, et al.,**

16                                  Respondents.

17

18         GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT respondents' June 7,

19   2007, application for an extension of time is granted.  Respondents shall file and serve a

20   response within 30 days of the date of this order.

21   Dated:  June 28, 2007.

22

23                              _____
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28