IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY BAKER,

    Petitioner,               No. CIV S-07-0188 GEB EFB P

    vs.

MICHAEL EVANS, Warden,
Salinas Valley State Prison, et al.,

    Respondents.           ORDER

                               /

        Petitioner, a state prisoner proceeding through counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file and serve their response to the petition. *See* Fed. R. Civ. P. 6(b).

        Good cause appearing, it is ORDERED that respondents' July 25, 2007, request is granted and respondents have until August 29, 2007, to file and serve their response.

Dated: July 26, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE