UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY BAKER,             No. 2:07-cv-00188 JCW

      Petitioner,             ORDER

  vs.

MICHAEL EVANS,

      Respondent.

It is ordered that Baker's motion for a certificate of appealability is denied. Baker has not demonstrated "a substantial showing of a denial of a constitutional right." *See* 28 U.S.C. § 2253 (c)(2).

DATED: December 27, 2010     __/s/J. Clifford Wallace_____
                                                            J. Clifford Wallace
                                                    United States Circuit Judge